**SIGNED.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

Dated: February 11, 2010

## Minute Entry



*Randolph J. Haines*
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KENNETH A & RONDA D CARTER |
| **Case Number:** | 0:09-bk-27718-RJH   **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 10, 2010 11:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY AMERICA'S SERVICING CO

**R / M #:** 8 / 0

### Appearances:

MARK A. SIPPEL, ATTORNEY FOR KENNETH A CARTER, RONDA D CARTER
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

### Proceedings:

Mr. Sippel informed the debtors intend to convert to a Chapter 13.

Mr. McDonald urged the Court to grant relief in the Chapter 7 today. He advised the sale is set for March 5th.

Parties agreed no payments have been made since this case was filed.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO MARCH 22, 2010 AT 11:00 AM. THE COURT NOTES THAT IF BY THAT TIME THIS CASE IS NOT CONVERTED TO A CHAPTER 13 AND THE DEBTOR DOES NOT HAVE IN PLACE BOTH A CHAPTER 13 PLAN THAT PROVIDES FOR A CURE OF THE PRE-PETITION ARREARAGE AND HAVE AN AGREEMENT WITH AMERICA'S SERVICING CO FOR A CURE OF THE POST PETITION ARREARAGE, THE COURT IS LIKELY TO GRANT STAY RELIEF AT THAT TIME AND WAIVE THE AUTOMATIC 14 DAY STAY.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE