**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29917

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 25, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kenneth A. Carter and Ronda D. Carter<br>        Debtors.<br>_____<br>America's Servicing Company<br><br>        Movant,<br>  vs.<br><br>Kenneth A. Carter and Ronda D. Carter, Debtors;<br>Russell A. Brown, Trustee.<br><br>        Respondents. | No. 0:09-bk-27718-RJH<br><br>Chapter 13<br><br>AMENDED ORDER<br><br>(Related to Docket #8)<br><br>Hearing Date: March 22, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 18, 2007, and recorded in the office of the Mohave County Recorder wherein America's Servicing Company is the current beneficiary and Kenneth A. Carter and Ronda D. Carter have an interest in, further described as:

| | |
|---|---|
| 1 | LOT 4, BLOCK 5, OF VALLE DEL SOL, TRACT 3006-A, ACCORDING TO THE PLAT THEREOF RECORDED JULY 6, 1984 AT FEE NO. 84-25412, IN THE OF OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA. |

LOT 4, BLOCK 5, OF VALLE DEL SOL, TRACT 3006-A, ACCORDING TO THE PLAT THEREOF RECORDED JULY 6, 1984 AT FEE NO. 84-25412, IN THE OF OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.

EXCEPT ALL COAL AND OTHER MINERALS AS RESERVED IN INSTRUMENT RECORDED IN BOOK 53 OF DEEDS, PAGE 130.

**IT IS FURTHER ORDERED** that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the 14 day stay requirement pursuant to Rule 4001 is hereby waived .

_____
UNITED STATES BANKRUPTCY JUDGE