IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 12, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, YUMA DIVISION

| | |
|---|---|
| KEN CARTER<br>    xxxx-xx-2370<br><br>RONDA CARTER<br>    xxx-xx-1147<br><br>3405 MONTE MORO<br>KINGMAN AZ 86401<br><br>    *Debtor* | In Proceedings Under Chapter 13<br><br>**No. 0:09-BK-27718-RJH**<br><br>(Related to Docket #8) |
| AMERICA'S SERVICING COMPANY<br><br>    *Movant,*<br>  vs.<br><br>KENNETH A. CARTER AND RONDA D CARTER, and WILLIAM E. PIERCE, Trustee<br><br>    *Respondents.* | **STIPULATED ORDER REGARDING AMERICA'S SERVICING / WELLS FARGO'S MOTION FOR STAY RELIEF AND PROVIDING FOR PAYMENT OF PRE PETITION ARREARAGES** |

    This matter came before the Court for hearing on the Motion to Lift Stay filed by America's Servicing on behalf of Wells Fargo Bank; good cause appearing

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect that Deed of Trust recorded in the records of the Mohave County, Arizona Recorder's Office, at Book 6642 Page 456, wherein Kenneth A Carter and Ronda D Carter, are designated as Trustors and America's Servicing

Company is the current beneficiary (hereafter "Secured Creditor"), which Deed of Trust encumbers the following described real property:

> LOT 4, BLOCK 5, OF VALLE DEL SOL, TRACT 3006-A, ACCORDING TO THE PLAT THEREOF RECORDED JULY 6, 1984 AT FEE NO. 84-25412, IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.
>
> EXCEPT ALL COAL AND OTHER MINERALS AS RESERVED IN INSTRUMENT RECORDED IN BOOK 53 OF DEEDS, PAGE 130.

**IT IS FURTHER ORDERED** that the Debtors will cure the arrearages currently due as follows:

**1.** The total arrearages as identified as of this date shall be paid over 44 months in installments through the Original Chapter 13 Plan, which is modified by this Order

| | | | |
|---|---|---|---|
| Four payments pre filing @ $1,282.82 | $5,131.28 | | |
| Inspections | $60.00 | | |
| Attorney Fees on foreclosure | $625.00 | | |
| Foreclosure expense costs | $1,411.80 | | |
| Mot Relief filing fee | $150.00 | | |
| Atty Fees on Motion for Relief | $800.00 | | |
| Accrued Late fees | $340.40 | | |
| Escrow Shortage, Taxes Insurance | $1,867.48 | | |
| **To be paid over plan period of 44 mo** | **$10,385.96** | **44** | **$236.05** |

To the extent that any adjustments in payments are made to Secured Creditor above the charges and fees allowed by this Order and by law, those funds shall be allocated towards impounds for taxes and insurance.

**2.** In addition to the payment listed in Paragraph 1, the Debtors will make the regular post-petition payments due for May 1, 2010, which shall be made when due, and all subsequent payments shall be made when due. All payments shall be made to:

> WELLS FARGO BANK
> c/o Americas Servicing
> X2302-045
> One Home Campus
> Des Moines, IA 50328

or at such other assignee that Secured Creditor may designate.

**IT IS FURTHER ORDERED** that the following additional terms shall be operative:

**3.** That Secured Creditor America's Servicing Company as the current beneficiary under the above described Deed of Trust, AND ANY LATER ASSIGNEES shall not conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors, Debtors' Counsel and Trustee. Upon Debtors' failure to cure such default within fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

**4. IT IS FURTHER ORDERED** that if a default notice becomes necessary, Debtors will be charged an additional $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and all outstanding late charges. Debtors shall tender the defaulted payment, late charges and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a cashier's check or money order, made payable to Movant at its address identified in Paragraph 2 above. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice is sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

**5. IT IS FURTHER ORDERED** that if Debtors' Bankruptcy Case No. 0:09-bk-27718-RJH is dismissed, either voluntarily or involuntarily, for any reason, the terms of this Order will become null and void. Further, if at such time there is any delinquency in the payment obligations

1 | or other breach of the promissory note and deed of trust permitting foreclosure, America's Servicing Company, after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

**6.** **IT IS FURTHER ORDERED** that in the event of conversion by the Debtor to any other bankruptcy chapter, that all above paragraphs of this Order extending or changing any terms of repayment to Secured Creditor shall become null and void.

**7.** **IT IS FURTHER ORDERED** that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362(a) shall remain in full force and effect.

SIGNED THE DATE ABOVE LISTED BY THE HON. RANDOLPH J. HAINES

Original Lodged with the Court, and attached to the Notice of Lodging, and copies filed / emailed this date:

Russell Brown
Chapter 13 TRUSTEE