IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 27, 2011



_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| *In re:*<br><br>KEN CARTER<br>*xxxx-xx-2370*<br>RONDA CARTER<br>*xxx-xx-1147*<br>*Debtor(s)* | No. 0:09-BK-27718<br><br>Chapter BK13<br><br>ORDER APPROVING DEBTORS OBJECTION TO PROOF OF CLAIM BY WILMINGTON TRUST CO / AMERICA'S SERVICING CO |
| KEN CARTER<br>RONDA CARTER<br>    *Debtors(s)*<br>v.<br><br>WILMINGTON TRUST CO / AMERICA'S SERVICING CO<br>    *Creditor/Respondent* | |

This matter came before the Court upon the OBJECTION TO PROOF OF CLAIM FROM WILMINGTON Trust Co / America's Servicing Co, Notice of Bar Date 21 Days from Date of Service, and Certificate of Service , as to Claim Number CLAIMS 7-1, 7-2.

Counsel has certified service and that no response or objection has been filed. The court finds that the allegations of Debtor in their Objection are substantially true and correct;

IT IS HEREBY ORDERED amending or disallowing the claim as follows: The Proof of claim is hereby amended and limited to the Terms of the Docket 73 Order Granting Stipulated Order regarding America's Servicing Wells Fargo's Motion for Stay Relief and Providing for Payment of Pre Petition Arrearages.

Signed on the date stated above:      HON. RANDOLPH J. HAINES
UNITED STATES BANKRUPTCY JUDGE